IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] ANGEL LLERAS RIVERA,<br>[2] SHARLEEN MARIE FRANCO MALDONADO,<br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 23-020 (GAD)<br><br>VIOLATIONS:<br>21 U.S.C. § 846<br>18 U.S.C. §§ 922(a)(3) and 2<br>18 U.S.C. §§ 922(e) and 2<br>18 U.S.C. §§ 1715 and 2<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br>21 U.S.C. § 853<br><br>FIVE COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute Controlled Substances
(21 U.S.C. § 846)

Beginning on or about June 10, 2022, and continuing up until on or about July 18, 2022, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

the defendants herein, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1). All in violation of 21 U.S.C. § 846.

United States v. Lleras-Rivera et al.
Indictment

Case 3:23-cr-00020-PAD   Document 1   Filed 01/18/23   Page 2 of 5

## COUNT TWO
Transportation or Receipt in State of Residency of Firearm
Purchased or Acquired Outside of State of Residency
(18 U.S.C. §§ 922(a)(3) and 2)

On or about June 15, 2022, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, aiding and abetting each other, willfully did transport into the Commonwealth of Puerto Rico, where [1] ANGEL LLERAS RIVERA then resided, one Micro Draco ROA 22 firearm (bearing serial number PMD-30423), said firearm having been purchased or obtained by the defendants outside the Commonwealth of Puerto Rico, in violation of 18 U.S.C. §§ 922(a)(3), 924(a)(1)(D), and 2.

## COUNT THREE
Transportation or Receipt in State of Residency of Firearm
Purchased or Acquired Outside of State of Residency
(18 U.S.C. §§ 922(a)(3) and 2)

On or about June 16, 2022, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court, the defendants,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, aiding and abetting each other, willfully did transport into the Commonwealth of Puerto Rico, where [1] ANGEL LLERAS RIVERA then resided, one Micro Draco ROA 21 firearm (bearing serial number DG-2993), said firearm having been purchased or obtained by the defendants outside the Commonwealth of

Puerto Rico, in violation of 18 U.S.C. §§ 922(a)(3), 924(a)(1)(D), and 2.

## COUNT FOUR
Delivery of Firearms and Ammunition to Common Carrier without Written Notification
(18 U.S.C. §§ 922(e) and 2)

On or about June 15, 2022, in the District of Puerto Rico and elsewhere, within the jurisdiction of this Court,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

the defendants herein, aiding and abetting each other, did deliver or cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person, other than a licensed importer, manufacturer, dealer and collector, a package containing one Micro Draco ROA 22 firearm (bearing serial number PMD-30423), without written notice to the carrier that said firearm and/or ammunition was being transported and shipped, in violation of 18 U.S.C. §§ 922(e) and 2.

## COUNT FIVE
Delivery of Firearms and Ammunition to Common Carrier without Written Notification
(18 U.S.C. §§ 922(e) and 2)

On or about June 16, 2022, in the District of Puerto Rico and elsewhere, within the jurisdiction of this Court,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

the defendants herein, aiding and abetting each other, did deliver or cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person, other than a licensed importer, manufacturer, dealer and collector, a package containing one Micro Draco ROA 21 firearm (bearing serial number DG-2993), without written notice to the carrier that said firearm and/or ammunition was being

3

United States v. Lleras-Rivera et al.
Indictment

Case 3:23-cr-00020-PAD   Document 1   Filed 01/18/23   Page 4 of 5

transported and shipped, in violation of 18 U.S.C. §§ 922(e) and 2.

## FIREARM AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in Counts Two through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in Count Two, Three, Four, or Five of this Indictment, the defendants herein,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one Micro Draco ROA 21 firearm (bearing serial number DG-2993), one Micro Draco ROA 22 firearm (bearing serial number PMD-30423), magazines, and ammunition.

## NARCOTICS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, upon conviction of the offense set forth in Count One of this Indictment, the defendant,

[1] ANGEL LLERAS RIVERA,
[2] SHARLEEN MARIE FRANCO MALDONADO,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL.

FOREPERSON
Date: January 18, 2023

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Unit

E. Giovannie Mercado
Assistant U.S. Attorney